IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Leslie Deutsch, on behalf of herself and the class

                Plaintiff,

v.

Credit Bureau Collection Services, Inc. aka CBCS

                Defendant.

-----------------------------------------------------------X

Case No.: 11-cv-8914

**NOTICE OF DISMISSAL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

    Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action with prejudice as to the plaintiff, without prejudice as to the claims of the class and without costs to either party.

Respectfully submitted,

Dated: New York, New York
February 7th, 2012

By: _____
Shimshon Wexler (SW-0770)

The Law Offices of Shimshon Wexler, P.C.
2710 Broadway, 2FL
New York, NY 10025
Tel-(212) 760-2400
Fax-(917) 512-6132
swexler@collectorabuselaw.com

*SO ORDERED:*

_____
U.S.D.J.